KIRTON McCONKIE
Richard J. Armstrong, No. 7461
Jacob A. Green, No. 15146
Thanksgiving Park Four
2600 W. Executive Parkway, Suite 400
Lehi, Utah  84043
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
rarmstrong@kmclaw.com
jgreen@kmclaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF UTAH

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KHANNI R. BILLS,<br><br>    Plaintiff,<br><br>v.<br><br>GRASS VALLEY USA, LLC,<br><br>    Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:14-CV-693-DN<br><br>Judge David Nuffer |

The parties filed a Stipulated Motion to Dismiss With Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (the "Motion").[1] Having considered the Motion and for good cause appearing therefore,

IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED.

---

[1] Docket no. 29, filed Sept. 9, 2016.

[2] *Id*.

IT IS FURTHER HEREBY ORDERED that this case is DISMISSED with prejudice.

Each party shall bear their own respective attorneys' fees and costs.

The Clerk is directed to close the case.

DATED this 12th day of September, 2016.

BY THE COURT

_David Nuffer_
David Nuffer
United States District Court Judge